# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JOHNNIE D. GOODWIN,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **WEPFER MARINE, INC.,** | **CASE NO: 04-2744-B** |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal entered on June 20, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

*[signature]*

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

6/21/05
Date

THOMAS M. GOULD
Clerk of Court

*[signature]*
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02744 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Matthew C. Hardin
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT